IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINA MARIE BECKER,

    Plaintiff,                                       JUDGMENT IN A CIVIL CASE

    v.                                                   Case No. 16-cv-11-slc

MASTERMOLD, LLC,

    Defendant.

    This action came before the court for consideration with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Christina Marie Becker against defendant Mastermold, LLC in the amount of $15,000.00.

| s/V. Olmo, Deputy Clerk | 7/5/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |